AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2026

SEAN F. MCAVOY, CLERK

ESTELA G.,

*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security,

*Defendant*

Civil Action No. 1:26-cv-3036-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ____________________ recover from the defendant *(name)* ____________________ the amount of ____________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* ____________________ .

✔ other: The ALJ's nondisability decision is AFFIRMED.
The parties' briefs (ECF Nos. 13 and 16) are TERMINATED.
JUDGMENT is entered in favor of Defendant.

This action was *(check one)*:

❐ tried by a jury with Judge ____________________ presiding, and the jury has rendered a verdict.

❐ tried by Judge ____________________ without a jury and the above decision was reached.

✔ decided by Judge EDWARD F. SHEA

Date: 10/19/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*